UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT M. HIRSCH

_____

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

JAY BUTTERMAN

_____

_____

(full name(s) of the defendant(s)/respondent(s))

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

IM NOT IN JAIL

1.   *Are you incarcerated?*          ☐   Yes          ☐   No   (If "No," go to Question 2.)

    I am being held at: _____

   Do you receive any payment from this institution?   ☐  Yes   ☐  No

   Monthly amount: _____

If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
directing the facility where I am incarcerated to deduct the filing fee from my account in installments
and to send to the Court certified copies of my account statements for the past six months. *See* 28
U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.   Are you presently employed?     ☐   Yes          ☐   No

   If "yes," my employer's name and address are:

NOT EMPLOYED- UNEMPLOYED

   Gross monthly pay or wages: _____     LAST TIME I HAD FULL TIME JOB WAS IN
JUNE 2016 AS A TEACHER AND MADE
   If "no," what was your last date of employment? _____     AROUND 50,000 A YEAR.

   Gross monthly wages at the time: _____

3.   In addition to your income stated above (which you should not repeat here), have you or anyone else
living at the same residence as you received more than $200 in the past 12 months from any of the
following sources? Check all that apply.

   (a) Business, profession, or other self-employment          ☐  Yes          ☐  No
   (b) Rent payments, interest, or dividends               ☐  Yes          ☐  No

SDNY Rev: 8/5/2015

I ALSO RECIEVE FOOD STAMPS 159 BUCKS A MONTH- SEE ATTACHED PROOF- IT WAS EXTENEDED BUT NJ DIDNT SEND ME LETTER YET- YOU CAN CALL THE NJ GOVERNMENT FOR PROOF- I AM ALSO ON MEDICAID FROM NJ- IM AS POOR AS IT GETS--IM NOT HOMELESS ONLY BECAUSE MY DAD- SEE ATTACHED LETTER PROOF.

| | | | |
|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No | |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No | |
| (e) Gifts or inheritances | ☐ Yes | ☐ No | |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No | |
| (g) Any other sources | ☐ Yes | ☐ No | |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

my income is too low and no w2 and 1099 are supplied to me by uber because i make too little money. less than $500 annually

SPORADICALLY DRIVE FOR UBER -WHICH IS CONSIDERED SELF EMPLOYMENT

If you answered "No" to all of the questions above, explain how you are paying your expenses:

see attached notarized letter from my father

4. How much money do you have in cash or in a checking, savings, or inmate account?

see attached bank statement from TD bank. the only bank that i have money that belongs to me.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

mazda 3, 2018 , my dad loaned me money to buy it so i can drive into new york to see my daughter

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

see attached letter from my dad

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

none, i dont have any court order forcing me to pay child support since im broke.

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

yes, i owe over $50,000 to my dad and over $30,000 to various attorneys from the frivolous divorce action that jay butterman is using to abuse me for over 4 years!!!!!!!!!!!!!!!

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

9-21-22

_____
Dated

elliot m. hirsch

_____
Name (Last, First, MI)

7 saxony drive, oakhurst, nj 07755

_____
Address          City          State     Zip Code

_____
Telephone Number

917 750 0418
elliothirschlaw@gmail.com

_____
Signature

_____
Prison Identification # (if incarcerated)

_____
E-mail Address (if available)

IFP Application, page 2

**PREPARED BY THE COURT**

ELLIOT HIRSCH
      Plaintiff

    vs.

MURRAY BETESH
      Defendant

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MONMOUTH COUNTY
DOCKET NO.  MON-L-872-22

CIVIL ACTION

**ORDER FOR WAIVER OF FEES**

FILED

APR 11 2022

David F. Bauman, P.J.Cv.

**THIS MATTER** being opened to the Court by a party seeking a waiver of filing fees on the grounds of indigency; and the Court having reviewed the papers submitted in support of this application for a declaration of indigency and the waiver of filing fees pursuant to R. 1:13-2 or R. 2:7-1 and in conjunction with AOC Directive #03-17,

IT IS on this _____ 11ᵀᴴ _____ day of _____ April _____, 2022, **ORDERED that the application is:**

_____ **GRANTED:** All fees related to the filing shall be waived. The applicant is responsible for any costs associated with the service and/or advertising/publishing of any complaint. If applicant is awarded more than $2,000 in this case, the applicant is responsible to repay any and all fees waived as determined by the court.

_____ **DENIED:**

_____ Failure to establish household income is below 150% of the federal poverty level and/or that applicant has no more than $2,500 in liquid assets;

_____ Failure to produce most recent award statement of proof of eligibility for public assistance and/or social security disability;

_____ Failure to produce two (2) months of documentation for welfare, public assistance, unemployment, disability, social security, child support/alimony or other income; and/or failure to produce six (6) months of all bank account statements;

_____ The court finds that the complaint, application, motion, appeal, petition or other filing is frivolous or malicious or constitutes an abuse of process.

**IT IS FURTHER ORDERED** that the Court has returned by mail any/all financial documents to the applicant with a copy of this order and that the applicant shall serve a copy of this Order on all parties within seven (7) days from the date of this Order.

HON. DAVID F. BAUMAN, P.J.CV.

ORDER PREPARED BY THE COURT

FILED

JUL 0 1 2022

MARC C. LEMIEUX, P.J.Cr.

STATE OF NEW JERSEY:          SUPERIOR COURT OF NEW JERSEY
                              LAW DIVISION – CRIMINAL PART
        V:                    MONMOUTH VICINAGE


        Elliot Hirsch        MUNICIPAL APPEAL NO: MA# 22-012

                             Order to Waive Fees and Provide Transcripts
                             At the Expense of the County of Monmouth


THIS MATTER being opened to the Court by the complainant Elliot Hirsch on

6/23/22 and it appearing from the application that the defendant is indigent.


IT IS, on this 1ST day of July, 2022, ORDERED as follows:


The fees and costs of the transcripts are waived and the County of Monmouth shall pay for the

transcript(s) of the municipal court hearing(s) heard in Ocean Township Municipal Court on

the following date insofar as it affects the defendant.

Dates of Municipal Court: 08/07/2021
                          10/19/2021
                          02/8/2022
                          03/8/2022
                          03/15/2022
                          04/26/2022
                          06/14/2022



_____
                          Marc C LeMieux, P.J. Criminal

PREPARED BY THE COURT

FILED

MAR 2 8 2022

David F. Bauman, P.J.Cv.

ELLIOT HIRSCH
             Plaintiff (s)
    vs.

ABRAHAM MANOPLA
           Defendant(s).

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MONMOUTH COUNTY
DOCKET NO.  MON-L-861-22

CIVIL ACTION

**ORDER FOR WAIVER OF FEES**

      **THIS MATTER** being opened to the Court by a party seeking a waiver of filing fees on the grounds of indigency; and the Court having reviewed the papers submitted in support of this application for a declaration of indigency and the waiver of filing fees pursuant to R. 1:13-2 or R. 2:7-1 and in conjunction with AOC Directive #03-17,

      **IT IS** on this _28th_ day of _March_, 2022, **ORDERED** that the application is:

_✓_ **GRANTED:** All fees related to the filing shall be waived. The applicant is responsible for any costs associated with the service and/or advertising/publishing of any complaint.  If applicant is awarded more than $2000 in this case, the applicant is responsible to repay any and all fees waived as determined by the court.

_____ **DENIED:**

      _____ Failure to establish household income is below 150% of the federal poverty level and/or that applicant has no more than $2500 in liquid assets;

      _____ Failure to produce most recent award statement of proof of eligibility for public assistance and/or social security disability;

      _____ Failure to produce two (2) months of documentation for welfare, public assistance, unemployment, disability, social security, child support/alimony or other income; and/or failure to produce six (6) months of all bank account statements;

      _____ The court finds that the complaint, application, motion, appeal, petition or other filing is frivolous or malicious or constitutes an abuse of process.

      **IT IS FURTHER ORDERED** that the Court has returned by mail any/all financial documents to the applicant with a copy of this order and that the applicant shall serve a copy of this Order on all parties within seven (7) days from the date of this Order.

_____
DAVID F. BAUMAN, P.J.Cv.

Case 1:22-cv-05815-EK-VMS    Document 1    Filed 09/21/22    Page 6 of 22 PageID #: 6

**Kings**

At the ___Part 72___ Office of the Supreme Court of the State of New York, held in and for the County of ___Kings___ at the Courthouse, ___360 Adams St BKLYN NY___ on the ___22___ day of ___March___, 2022

**PRESENT:   HON.** ___Pamela L. Fisher___
Justice of the Supreme Court
_____X

In the Matter of the Application of

# Elliot Hirsch
Plaintiff,

-against-

Rabbi Yitzchak Yisraeli
and Rabbi Uziel Admoni

Defendant. S
_____X

Index No.: ___507755/2022___

**POOR PERSON ORDER**

Upon the annexed affidavit of ___Elliot Hirsch___, the verified complaint

___Affirmed___ sworn to on ___Keb___ March 21, 2022

Esq., dated _____, 19___;

And it being alleged that said Plaintiff has a good cause of action or claim based upon:

_____

_____

_____

_____

_____

Case 1:22-cv-05815-EK-VMS    Document 1    Filed 09/21/22    Page 7 of 22 PageID #: 7

And it being alleged that he/she is unable to pay the costs, fees and expenses to prosecute this action, and that there is no other person beneficially interested in the action,

Now on motion of __Elliot Hirsch__, Plaintiff, it is hereby

**ORDERED** that __Elliot Hirsch__ is permitted to prosecute this action as a poor person against __Rabbi Yitzchak Yisraeli and Rabbi Uziel Admoni__ and it is further

**ORDERED** that any recovery by judgment or settlement in favor of Plaintiff shall be paid to the Clerk of the Court to await distribution pursuant to court order, and it is further

**ORDERED** that the Clerk of this Court is directed to make no charge for costs or fees in connection with the prosecution of this case, including one certified copy of the judgment.

Dated: __3/22/22__

ENTER:

_____
J.S.C.

Hon. Pamela L. Fisher, J.S.C.

Case 1:22-cv-05815-EK-VMS     Document 1     Filed 09/21/22     Page 8 of 22 PageID #: 8

S
NYSCEF
2-23-20zz
PPO
GRANTED

At the __IAS Part 72 Office__
~~of~~ the Supreme Court of the State
of ~~New York~~, held in and for the
County of __Kings__ at the
Courthouse, __360 Adams St__
__Bklyn, NY 11201__ on the
__23__ day of __February__, ~~19~~ __2022__

PRESENT:  HON. __Cenceria P. Edwards__
                  Justice of the Supreme Court
-----------------------------------------X
In the Matter of the Application of

__Elliot Hirsch__
                                    Plaintiff,

                                                    Index No.: __514979/21__

       -against-

__Michael Waliba__                                  **POOR PERSON ORDER**
__Elizabeth Kairey__         Defendant. __5__
-----------------------------------------X

Upon the annexed affidavit of __Elliot Hirsch__, the ver~~if~~ied complaint
~~sworn~~ __affirmed__ to on __6/21/2021__, ~~19~~, and the ~~certificate of_____~~

Esq., ~~dated_____  19__~~;

       And it being alleged that said Plaintiff has a good cause of action or claim based upon:

_____

_____

_____

_____

_____

And it being alleged that he/she is unable to pay the costs, fees and expenses to prosecute this action, and that there is no other person beneficially interested in the action,

Now on motion of _Elliot Hirsch_, Plaintiff, it is hereby

ORDERED that _Elliot Hirsch_ is permitted to prosecute this action as a poor person against _Michael Wahba and Elizabeth M. Kaney_ and it is further

ORDERED that any recovery by judgment or settlement in favor of Plaintiff shall be paid to the Clerk of the Court to await distribution pursuant to court order, and it is further

ORDERED that the Clerk of this Court is directed to make no charge for costs or fees in connection with the prosecution of this case, including one certified copy of the judgment.

ENTER:

_Cencëria P. Edwards, ASCJ_

J.S.C.

3/11/22, 9:34 AM

Gmail - Activity in Case 1:21-cv-04147-EK-VMS Hirsch v. Wade et al Order on Motion for Leave to Proceed in forma pauperis

Case 1:22-cv-05815-EK-VMS Document 1 Filed 09/21/22 Page 10 of 22 PageID #: 10

 **Gmail**

**Elliot Hirsch <elliothirschlaw@gmail.com>**

## Activity in Case 1:21-cv-04147-EK-VMS Hirsch v. Wade et al Order on Motion for Leave to Proceed in forma pauperis

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>          Wed, Mar 9, 2022 at 5:52 PM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 3/9/2022 at 5:52 PM EST and filed on 3/9/2022
**Case Name:**          Hirsch v. Wade et al
**Case Number:**          1:21-cv-04147-EK-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [1] Motion for Leave to Proceed in forma pauperis -- Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. The United States Marshals Service is hereby directed to serve the summons and the complaint upon the Defendants without prepayment of fees. Ordered by Judge Eric R. Komitee on 3/9/2022. (Guy, Alicia)**

**1:21-cv-04147-EK-VMS Notice has been electronically mailed to:**

Elliot M. Hirsch          elliothirschlaw@gmail.com

**1:21-cv-04147-EK-VMS Notice will not be electronically mailed to:**

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

#### (609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

March 10, 2022

### <u>LETTER ORDER</u>

**Re:** <u>**Hirsch v. Beda, et al.**</u>
      **Civil Action No. 21-12246 (FLW)**

Dear Mr. Hirsch:

Currently pending before the Court is your motion for the appointment of *pro bono* counsel

(Docket Entry No. 43). In your request for the appointment of counsel, you state:

> Unfortunately, I am not able to afford counsel to represent me in this matter.
> Although I graduated Seton Hall University School of Law, I graduated at
> the bottom of my class. I have reached out to numerous attorneys and each
> and every one rejected my offer to take on this case on a contingency basis.
> I have tried my utmost to proceed in this matter pro se but as the Court
> already knows I have had a seriously hard time understanding the Court's
> orders and have unintentionally added Defendants that the Court advised
> me were dismissed. I have misread the Court's orders. This Court is now
> aware that my rights would be better protected and served should a
> professional attorney represent me in this matter. An attorney would be
> much better suited to guide me in this matter and ensure that the Defendants
> are prosecuted to the fullest extent of the law and as the Court has already
> issued an order stating that this case has some merit. Lastly, I plan on taking
> the upcoming July Bar examination and I cannot afford to be sanctioned
> before going in front of the character and fitness committee. And the Court
> has issued to separate warnings to me that I could be subject to sanctions.

(*Id*. at 3). Having fully reviewed and considered your motion, the Court holds that your request is

DENIED WITHOUT PREJUDICE.

Pursuant to 28 U.S.C. § 1915, a litigant may be appointed *pro bono* counsel under § 1915(e)(1)

after he has been granted permission to proceed *in forma pauperis*. *See McGeachy v. Aviles.,* Civ. No.

10-3562 JLL, 2011 WL 1885938, at n.3 (D.N.J. May 18, 2011). However, there is no right to counsel in

a civil case. *See Parham v. Johnson*, 126 F.3d 454, 456-57 (3d Cir. 1997); *Tabron v. Grace*, 6 F.3d 147,

153-54 (3d Cir. 1993). In reviewing requests for counsel, "[d]istrict courts should consider the <u>Tabron</u> guideposts that may be relevant to any particular request for counsel, including successive requests, at the time and stage of litigation that the request is made." *Houser v. Folino*, 927 F.3d 693, 700 (3d Cir. 2019). Under *Tabron*, in deciding whether counsel should be appointed, the Court first considers whether a claim or defense has "arguable merit in fact and law," and, if it does, the Court then considers additional factors, which include: (1) the applicant's ability to present his or her case; (2) the complexity of the legal issues presented; (3) the degree to which factual investigation is required and the ability of the applicant to pursue such investigation; (4) whether credibility determinations will play a significant role in the resolution of the applicant's claims; (5) whether the case will require testimony from expert witnesses; and (6) whether the applicant can afford counsel on his or her own behalf. *Tabron*, 6 F.3d at 155-157; *see Parham*, 126 F.3d at 456-57 (same).

Here, after screening your Complaint, the District Court determined that certain of your claims have arguable merit in fact and law and directed you to file a comprehensive Second Amended Complaint in this matter (*see* Docket Entry No. 34), which, as stated above, is a threshold inquiry in considering whether *pro bono* counsel should be appointed. Thus, the Court turns to the remaining *Tabron* guideposts. Regarding the sixth factor, your application to proceed *in forma pauperis* was granted, demonstrating financial need. (Docket Entry No. 5). However, given the early stage of the proceedings,[1] "the factual and legal issues 'have not been tested or developed by the general course of litigation, making [a number of factors] of *Parham's* test particularly difficult to evaluate.'" *Jenkins v. D'Amico*, Civ. No. 06-2027 (JAP), 2006 WL 2465414, at *1 (quoting *Chatterjee v. Philadelphia Federation of Teachers*, Nos. Civ. A. 99-4122, Civ. A. 99-4233, 2000 WL 1022979, at *1 (E.D. Pa. July 18, 2000)). At this juncture, however, despite your arguments to the contrary, you appear capable of

---

[1] The Second Amended Complaint was just filed on 2/28/2022. Summonses for certain Defendants were only issued on 3/3/2022 (Docket Entry No. 48) and the USM 285 Forms were sent to you on the same day. (Docket Entry No. 49). As such, service has not been effectuated on Defendants, and this case remains in its infancy.

pursuing this matter on your own behalf. Without the assistance of counsel, you successfully applied to proceed *in forma pauperis* and filed a Second Amended Complaint that survived the District Court's screening. In addition, you filed the instant motion for the appointment of *pro bono* counsel. While the Court has determined that the appointment of counsel is not warranted at this juncture, your application was articulate. While the Court appreciates your concerns about being sanctioned, the Court notes that in referencing sanctions, the Court did not pursue sanctions, but simply put you on notice that "failure to follow the Court's directions, as provided in its prior and future Orders, may result in sanctions." Docket Entry No. 41. Moreover, after providing the warning, the Court conducted a supplemental review of your Second Amended Complaint, and permitted six of the previously named but dismissed Defendants to be reinstated. (Docket Entry No. 45).

Based on the foregoing, the Court finds that you have demonstrated an ability to adequately advocate your concerns and represent yourself in this litigation. As a result, your request for *pro bono* counsel is DENIED without prejudice. You may file a new application at a later date if circumstances change and you believe you meet the factors listed above.

**IT IS SO ORDERED.**

**The Clerk of the Court is directed to terminate Docket Entry No. 43.**

    s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**

PREPARED BY THE COURT

_____

Elliot M. Hirsch
   Plaintiff

  vs.

Murray Betesh
   Defendant

_____

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MONMOUTH COUNTY
DOCKET NO.  MON-L-2319-21

CIVIL ACTION

**ORDER FOR WAIVER OF FEES**

  **THIS MATTER** being opened to the Court by a party seeking a waiver of filing fees on the grounds of indigency; and the Court having reviewed the papers submitted in support of this application for a declaration of indigency and the waiver of filing fees pursuant to R. 1:13-2 or R. 2:7-1 and in conjunction with AOC Directive #03-17,

  **IT IS** on this __24th__ day of _____August_____, 2021, **ORDERED that the application is:**

__X__  **GRANTED:** All fees related to the filing shall be waived. The applicant is responsible for any costs associated with the service and/or advertising/publishing of any complaint.  If applicant is awarded more than $2000 in this case, the applicant is responsible to repay any and all fees waived as determined by the court.

_____  **DENIED:**

 _____ Failure to establish household income is below 150% of the federal poverty level and/or that applicant has no more than $2500 in liquid assets;

 _____ Failure to produce most recent award statement of proof of eligibility for public assistance and/or social security disability;

 _____ Failure to produce two (2) months of documentation for welfare, public assistance, unemployment, disability, social security, child support/alimony or other income; and/or failure to produce six (6) months of all bank account statements;

 _____ The court finds that the complaint, application, motion, appeal, petition or other filing is frivolous or malicious or constitutes an abuse of process.

  **IT IS FURTHER ORDERED** that the Court has returned by mail any/all financial documents to the applicant with a copy of this order and that the applicant shall serve a copy of this Order on all parties within seven (7) days from the date of this Order.

/s/ Joseph W. Oxley
HON. JOSEPH W. OXLEY, P.J.Cv.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT HIRSCH,

Plaintiff,

-against-

JOANNE D. QUINNONES, et al.,

Defendant.

21-CV-6311

ORDER GRANTING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

SO ORDERED.

Dated:   August 17, 2021
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

CLAIM NO. 136379

Case 1:22-cv-05815-EK-VMS    Document 1    Filed 09/21/22    Page 16 of 22 PageID #: 16
NYSCEF DOC. NO. 5                                            RECEIVED NYSCEF: 06/28/2021

STATE OF NEW YORK - COURT OF CLAIMS

Present: Hon. Richard E. Sise
          Acting Presiding Judge

**FILED**

JUN 2 8 2021

STATE COURT OF CLAIMS
ALBANY, N.Y.

---

ELLIOT M. HIRSCH

                  Claimant(s),

     - against -

STATE OF NEW YORK,

                Defendant(s).

ORDER

Claim No. 136379

---

The following papers were read and considered in connection with the filing fee requirements of Court of Claims Act §11-a(1): claim and application for a fee waiver.

Upon review of the filed papers, the Court finds that Claimant is unable to pay the filing fee required by Court of Claims §11-a(1) and directs said fee is hereby waived pursuant to CPLR 1101(d).

DATED: Albany, New York
       June _____, 2021

                                RICHARD E. SISE
                                Acting Presiding Judge

1 of 1

**FILED**

**JUN 2 8 2021**

STATE COURT OF CLAIMS
ALBANY, N.Y.

STATE OF NEW YORK - COURT OF CLAIMS

Present: Hon. Richard E. Sise
         Acting Presiding Judge

ELLIOT M. HIRSCH

                            Claimant(s),

         - against -

STATE OF NEW YORK,

                          Defendant(s).

ORDER

Claim No. 136380

The following papers were read and considered in connection with the filing fee requirements of Court of Claims Act §11-a(1): claim and application for a fee waiver.

Upon review of the filed papers, the Court finds that Claimant is unable to pay the filing fee required by Court of Claims §11-a(1) and directs said fee is hereby waived pursuant to CPLR 1101(d).

DATED: Albany, New York
        June __23__, 2021

                                   RICHARD E. SISE
                                   Acting Presiding Judge

**FILED**

STATE OF NEW YORK - COURT OF CLAIMS                         MAY 10 2021

Present: Hon. Richard E. Sise                          STATE COURT OF CLAIMS
        Acting Presiding Judge                              ALBANY, N.Y.

_____

ELLIOT M HIRSCH                                              ORDER
                                    Claimant(s),

            - against -                                Claim No. 136050

STATE OF NEW YORK,

                                    Defendant(s).

_____

The following papers were read and considered in connection with the filing fee requirements
of Court of Claims Act §11-a(1):  claim and application for a fee waiver.

Upon review of the filed papers, the Court finds that Claimant is unable to pay the filing fee

required by Court of Claims §11-a(1) and directs said fee is hereby waived pursuant to

CPLR 1101(d).


DATED:  Albany, New York
        April ___ , 2021


                                    RICHARD E. SISE
                                    Acting Presiding Judge

1 of 1

# JONATHAN M. HIRSCH, M.D.P.C.

2136 OCEAN AVENUE
BROOKLYN, NEW YORK 11229

TELEPHONE 718-376-5177
FAX 718-376-1525

March 20, 2022

To whom it may concern:

I am charging my son, Elliot M. Hirsch, a monthly rent of $1500 to live in my home located at 7 Saxony Drive, Oakhurst, NJ 07755. Due to his current status of unemployment, he is unable to make monthly payments.  However when he becomes gainfully employed as a lawyer, he is expected to pay back his monthly arrears in full. The gas and electric bill I am paying myself and I am not charging my son for that. Please feel free to reach out with any further questions.

Sincerely,

Jonathan M. Hirsch, MDPC

**Board Certified: American Board of Medical Specialties**
**Anesthesiology: American Board of Anesthesiology**
**Pain Medicine: American Board of Pain Medicine**
**Specializing in Interventional Pain Medicine**

JEFFREY C. RATZ
Notary Public, State of New York
No. 01RA4660397
Qualified in Nassau County
Commission Expires 12/31/2025

# MONMOUTH COUNTY
## MONMOUTH-OCEAN
2405 ROUTE 66
OCEAN, NJ 07712
LORRAINE SCHEIBENER, DIRECTOR

Phone: (732) 431-6000 x 4200
Fax: (732) 431-6309

**ELLIOT HIRSCH**
**7 SAXONY DR**
**OAKHURST, NJ, 07755**

Date: **07/27/2021**

Case No: **C199781013**

## NOTIFICATION FORM

| IMPORTANTE: | ESTE ES UN AVISO IMPORTANTE, SI USTED NO ENTIENDE LA INFORMACION CONTENIDA EN ESTE AVISO O NO LEE INGLÉS, COMUNIQUESE CON UN REPRESENTANTE DE LA AGENCIA. |
|---|---|

Please read it carefully and, if you have any questions about it, contact the agency immediately. If you disagree with the action below, you can challenge it through an appeal. To appeal, you must ask for a Fair Hearing. If you wish to appeal this decision, please read the Fair Hearing information attached to this notice, which explains what you must do to appeal the action being taken. If you have a disability or family violence issue, you may not have to meet certain WFNJ or NJSNAP requirements.

**IMPORTANT NOTICE CONCERNING YOUR NJ SNAP CASE** The (Check-marked) action will be taken on your NJ SNAP case :

I.  For initial certification or recertification, your NJ SNAP benefits will be:

[x]  **Approved:** The first month you will receive $ **159.00** in NJ SNAP benefits which covers the period **09/01/2021** to **09/30/2021**. After that you will receive $ **159.00** in NJ SNAP benefits for each month until your certification period ends, unless otherwise notified.

[x]  Your certification period will end on the last day of **08/31/2022** and you will no longer receive NJ SNAP benefits after that unless you file an application no later than **08/15/2022**.

[ ]  **Denied:** You have been found ineligible to receive NJ SNAP benefits effective _____.

[ ]  If you take the action listed below within 30days following the date of this notice, we will reopen your NJ SNAP application without requiring a new application. The action that you must take reopen your application is:

_____

_____

_____

You must re-submit a new NJ SNAP application if, at the end of the 30-day period, you have not taken the needed action, and still wish to apply for NJ SNAP benefits.

[ ]  **Held Pending:** The final determination of your NJ SNAP benefits eligibility is being held in pending status. While your case is being held in pending status, you must report all changes in household circumstances, which may have a bearing on your case.

II.  For changes that occur during the certification period :
Your NJ SNAP benefits will be:

[ ]  **Increased:** The amount of NJ SNAP benefits you are to receive has increased to $_____, effective _____. You will receive an additional NJ SNAP benefit for $_____ for the period from _____ to _____. If you do not provide us with the necessary verification by _____, your benefits will revert back to $_____.

[ ]  **Reduced:** Your NJ SNAP benefits will be reduced from $_____ to $_____ effective _____.

[ ]  **Terminated:** You are no longer eligible for NJ SNAP benefits, effective _____.

This action has been taken because **you completed your recertification and continue to meet the criteria for program eligibility.**

This is required by the following regulations: **N.J.A.C. 10:87- 5.5, 5.10, 6.3, 6.16, 6.20, 9.1**

**UNIT FH RJ**

Worker

**(732) 431-6000**

Worker's Phone No.

**UNIT FH KV**

Supervisor

07/27/2021

Date



F,13,N,C199781013X,0003,000014015070

NJ SNAP-T15 07/20

# TD Bank

**America's Most Convenient Bank®**

E    **STATEMENT OF ACCOUNT**

ELLIOT M HIRSCH
7 SAXONY DR
OAKHURST NJ  07755-1623

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 26 2022-Aug 25 2022 |
| Cust Ref #: | 4346785920-630-E-*** |
| Primary Account #: | 434-6785920 |

## TD Convenience Checking

ELLIOT M HIRSCH

Account # 434-6785920

### Visa Debit Card Daily Limit Changes Effective April 26, 2022

The following changes apply to Personal Checking Accounts with Visa Debit Card access:

TD is making changes to the Standard Daily Limits for Visa Debit Cards and Visa Private Client Debit Cards: If you use your Debit Card or Debit Card number to fund a digital wallet, brokerage, or other type of account, these transactions are considered Account Funding Transactions (AFTs). The Standard Daily Limit for Account Funding Transactions is $5,000 for Visa Debit Cards and Visa Private Client Debit Cards.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 140.03 | Average Collected Balance | 263.71 |
| Electronic Deposits | 229.39 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 369.42 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT 6JSQQ1BBKNNO6R1 | 55.08 |
| 08/02 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT VMAC11BR82DS705 | 19.68 |
| 08/09 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT 4MB410YBGSAF7WB | 15.43 |
| 08/16 | CCD DEPOSIT, RAISER 6795 EDI PAYMNT JGGYX4OGL7BDHN7 | 139.20 |
| | Subtotal: | 229.39 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/25 | 140.03 | 08/09 | 230.22 |
| 07/26 | 195.11 | 08/16 | 369.42 |
| 08/02 | 214.79 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 369.42 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.